**IN THE IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MIA WRIGHT, TNIKA TATE, <br> KIM WOODS, EBONY WILBOURN <br> and JAVON HILL, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF CHICAGO, <br> UNKOWN CHICAGO POLICE <br> OFFICERS <br> In their individual capacities, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | **JURY TRIAL DEMANDED** <br><br> Case No. 1:20-cv-07688 <br> Chief Judge Rebecca R. Pallmeyer |

**MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**
**AND TO AMEND THE COMPLAINT**

Defendant City of Chicago ("City"), through its attorney, Celia Meza, Corporation Counsel for the City of Chicago, respectfully requests that this Honorable Court extend the time within which Defendant City of Chicago may answer or otherwise plead to Plaintiffs' Complaint up to and including December 31, 2021. Defendant City of Chicago further requests that this Court extend the deadline for Plaintiffs to amend their Complaint to December 31, 2021. In support of this motion, the Defendant states as follows:

1. Plaintiffs filed their complaint on December 23, 2020 against Defendants City of Chicago and unknown Chicago police officers. ECF No. 1.

2. Defendant City of Chicago has been served and its answer is due. Plaintiffs' Complaint also lists "unknown Chicago police officers" as defendants, but these placeholder defendants have not been served and need not file an answer.

1

3. The parties have conducted limited discovery on the identity of the "unknown Chicago police officer" defendants and on Plaintiffs' injuries and medical bills. The parties have conducted discovery regarding the Plaintiffs' injuries in an attempt to explore early settlement of this case.

4. The parties have engaged in extensive settlement negotiations. Following an exchange of position statements, the parties had an in-person settlement conference with Magistrate Judge Kim on November 4, 2021. *See* ECF No. 40. After the conference, Judge Kim has continued to work with the parties to attempt to reach a settlement. *See* ECF Nos. 44, 45, 46. These continued negotiations have been very productive, narrowing the gap between Plaintiffs' demand and Defendant's offer by more than 90 percent from where it began before the in-person conference. The parties expect these negotiations to continue. To that end, for judicial economy, the parties wish to extend the deadlines set in ECF No. 38 one month, to December 31, 2021.

5. Counsel for Defendant has not been able to reach Plaintiff's counsel to ascertain Plaintiff's position on this motion. Counsel understands that Plaintiff's counsel is currently lead counsel on a trial in Cook County Criminal Court.

6. This motion is not brought for the purpose of causing undue delay, and no prejudice will result to the Plaintiff by the granting of this motion.

WHEREFORE, Defendant City of Chicago respectfully requests that this Honorable Court extend time in which it may answer or otherwise plead to Plaintiff's Complaint to December 31, 2021, and extend the time for Plaintiffs to amend their Complaint also to December 31, 2021.

Dated: December 1, 2021                     Respectfully submitted,

                                                                                            CELIA MEZA
                                                                                            CORPORATION COUNSEL

                                                    CITY OF CHICAGO

                            By:    */s/ Bret A. Kabacinski*
                                        Assistant Corporation Counsel

Bret A. Kabacinski (Attorney #: 6313169) (Lead)
Danielle M. Alvarez (Attorney#:6325510)
*Attorneys for Defendant City of Chicago*
City of Chicago-Department of Law
2 N. LaSalle Street Suite 420
Chicago, IL 60602
Direct: (312) 742-1842