IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MIA WRIGHT, TNIKA TATE, KIM WOODS, EBONY WILBOURN and JAVON HILL, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 20 C 7688<br><br>Chief Judge Rebecca R. Pallmeyer |
| Plaintiffs, | | |
| v. | | |
| CITY OF CHICAGO, UNKNOWN CHICAGO POLICE OFFICERS In their individual capacities, | | |
| Defendants. | | |

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled by the parties and, therefore, all claims related to this cause should be dismissed without prejudice, to be automatically converted to dismissal with prejudice 75 days from the entry of the Court's order, unless a party has moved to extend this date prior to the expiration of the 75 days. Each side shall bear its own costs and attorneys' fees.

*[signature]*
Nenye E. Uche
Attorney for Plaintiffs, Mia Wright,
Tnika Tate, Kim Woods, Ebony Wilbourn,
And Javon HIll
Uche, PC
314 N. Loomis Street, Suite G2
Chicago, Illinois 60607
(312) 380-5341
Attorney No. 6294606
DATE: 12/16/21

Respectfully submitted,
CITY OF CHICAGO a Municipal Corporation

CELIZ MEZA
Corporation Counsel
Attorney for Defendant City of Chicago

*[signature]*
Caroline Fronczak
Deputy Corporation Counsel
2 N. LaSalle Street, Suite 420
Chicago, Illinois 60602
(312) 744-5126
Attorney No. 6284817
DATE: 12/17/2021

*[signature]*
Danielle Alvarez
Assistant Corporation Counsel
2 N. LaSalle Street, Suite 420
Chicago, Illinois 60602
(312) 744-2784
Attorney No. 6325510
DATE: 12/17/21