UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Mia Wright, et al.

                              Plaintiff,

v.                                                                    Case No.: 1:20−cv−07688
                                                                    Honorable Rebecca R. Pallmeyer

City of Chicago, et al.

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, December 17, 2021:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Pursuant to the parties' joint stipulation to dismiss [51], all claims in this action are dismissed with prejudice, subject to the terms of the parties' settlement agreement, with each side bearing its own attorneys' fees and costs. Status hearing set for 3/16/2022 at 09:00 a.m is stricken. Civil case terminated. Mailed notice. (as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.